**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BLESSOE WATSON                                                                          PLAINTIFF
#261480

v.                                          4:23-cv-01006-JM-JJV

DARIUS LANG, Deputy,
Pulaski County Regional Detention Facility, et al.                        DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge
Joe J. Volpe. (Doc. 8.) No objections have been filed, and the time to do so has passed. After
careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Amended Complaint (Doc. 7) is DISMISSED without prejudice for failing
to state a claim upon which relief may be granted. In the future, dismissal of this action should be
counted as a strike under 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. §
1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment
would not be taken in good faith.

Dated this 4th day of December 2023.

_____
UNITED STATES DISTRICT JUDGE