# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BLESSOE WATSON                                                                                    PLAINTIFF
#261480

v.                                          4:23-cv-01006-JM-JJV

DARIUS LANG, Deputy,
Pulaski County Regional Detention Facility, et al.                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 4th day of December 2023.

_____
UNITED STATES DISTRICT JUDGE